Judgment - Page 2 of 6

DEFENDANT: Amanda Norton
CASE NUMBER: 2:15-cr-00024-004-RLJ-MCLC

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **87 months**.

☒ **The court makes the following recommendations to the Bureau of Prisons:**

**The Court will recommend that the defendant receive 500 hours of substance abuse treatment from the Bureau of Prisons' Institution Residential Drug Abuse Treatment Program. In addition, the Court will recommend that the defendant be afforded a full range of educational and vocational programs offered by the Bureau of Prisons to learn a trade or other marketable skills. The Court will further recommend the defendant undergo a complete mental health evaluation and receive appropriate treatment while serving the term of imprisonment. Lastly, the Court will recommend the defendant be designated to the BOP facility at Alderson, WV.**

☒ **The defendant is remanded to the custody of the United States Marshal.**

☐ The defendant shall surrender to the United States Marshal for this district:
   at __ a.m. p.m. on __
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 11-30-2015 to FPC Anderson at Anderson, WV, with a certified copy of this judgment.

_Barbara Bickard Whidden_
UNITED STATES MARSHAL

By _Chia O. Brokenly, CO_
DEPUTY UNITED STATES MARSHAL